Walter J. KANE, Appellant

v.

UNITED STATES of America.

No. 16827.

United States Court of Appeals
Eighth Circuit.

July 18, 1961.

Walter J. Kane, pro se.

Osro Cobb, U. S. Atty., Little Rock, Ark., for appellee.

PER CURIAM.

Appeal docketed without payment of fee and dismissed as frivolous.

James R. BUCKLEY et al., Appellant

v.

McCAMPBELL & CO. et al.

No. 16706.

United States Court of Appeals
Eighth Circuit.

July 18, 1961.

William L. Walker, Lincoln, Neb., and William H. Welch, for appellants.

Jack M. Pace, Peter E. Marchetti and Robert A. Nelson, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellants.

Lucian MILLER et al.

v.

A. Russell BARBEE.

No. 6687.

United States Court of Appeals
Tenth Circuit.

June 2, 1961.

R. R. Bostwick, Casper, Wyo., for appellants.

G. L. Spence, Riverton, Wyo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed June 2, 1961, pursuant to stipulation.